PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (510) 970-4822
      Facsimile: (415) 744-0134
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-00929-JDP<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint be extended from September 6, 2022 to November 7, 2022.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.  Defendant respectfully requests this additional time because additional time is needed to prepare and file the certified administrative record.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file respond to Plaintiff's complaint on or before November 7, 2022;

- Within 45 days of the filing of the certified administrative record, Plaintiff shall file the opening brief;
- Within 45 days of the filing of the opening brief, defendant shall file her opposition brief;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief.

Respectfully submitted,

DATE: September 1, 2022

*/s/ Jesse S. Kaplan* *
JESSE S. KAPLAN
Attorney for Plaintiff
(* approved via email on 8/30/22)

PHILLIP A. TALBERT
United States Attorney

DATE: September 1, 2022      By      *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   September 1, 2022              _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE

2