**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LAMAN MARTIN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **LAMAN MARTIN,** | No.   2:22-CV-00929-JDP |
| Plaintiff, | |
| | STIPULATION AND ~~[proposed]~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 12, 2022.

    This is a first extension, requested because of other briefing and work plaintiff's counsel must finish first and only extends time by approximately a week.

[Pleading Title] - 1

Dated:   December 5, 2022                                         /s/    *Jesse S. Kaplan*
                                                                                    JESSE S. KAPLAN
                                                                                    Attorney for Plaintiff


Dated:  December 5, 2022                                          */s/ per e-mail authorization*

                                                                                    MARCELO ILLARMO
                                                                                    Special Assistant U.S. Attorney
                                                                                    Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is granted.  Plaintiff shall file his motion for summary judgment by no later than December 12, 2022.  Defendant's time to file a cross-motion is extended accordingly.

IT IS SO ORDERED.

Dated:    December 9, 2022                                        _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2