PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-00929-JDP<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 26, 2023 to February 27, 2023. Defendant respectfully requests this additional time because the recent storms have caused unexpected work disruptions, and counsel will be on leave from 1/16/23 to 1/30/23.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before February 27, 2023;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before March 19, 2023).

Respectfully submitted,

DATE: January 10, 2023

*/s/ Jesse S. Kaplan* *
JESSE S. KAPLAN
Attorney for Plaintiff
(* approved via email on 1/10/23)

PHILLIP A. TALBERT
United States Attorney

DATE: January _10, 2023    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND,

IT IS SO ORDERED.

Dated:   January 12, 2023                    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2