**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LAMAN MARTIN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **LAMAN MARTIN,** | No.   2:22-CV-00929-JDP |
| Plaintiff, | |
| v. | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 7, 2023.

　　　This would be plaintiff's first extension regarding this reply brief. An extension to file plaintiff's motion was granted, which was only of about one week. The reason for this present request is that plaintiff's counsel broke his wrist, underwent surgery, and extended time for multiple briefs because of being unable to type. Counsel can now type, though this is a little slower

[Pleading Title] - 1

because of a brace. Counsel is currently working on more than one brief at a time and must complete earlier, deferred briefs.

Dated:  March 14, 2023                              /s/     *Jesse S. Kaplan*
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff


Dated:  March 14, 2023                               */s/ per e-mail authorization*
                                                    MARCELO ILLARMO
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of time is granted. Plaintiff is granted until April 7, 2023 to file a reply brief.

IT IS SO ORDERED.

Dated:    March 17, 2023                            _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE