UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAN MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J O'MALLEY, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  2:22-cv-00929-JDP<br><br>**ORDER**<br><br>REMANDING THIS MATTER AND ENTERING JUDGMENT IN PLAINTIFF'S FAVOR |

　　　　Pursuant to the United States Court of Appeals for the Ninth Circuit's Mandate and Memorandum, ECF Nos. 27 & 28, the August 31, 2023 judgment, ECF No. 22, is vacated and the matter is remanded to Commissioner for further proceedings.  The Clerk of Court is directed to enter judgment in plaintiff's favor.

IT IS SO ORDERED.


Dated:　　April 15, 2024　　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE