1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
         Office of the General Counsel
6        Social Security Administration
         6401 Security Boulevard
7        Baltimore, Maryland 21235
         Telephone: (510) 970-4822
8        E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No 2:22-cv-00929-JDP<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for attorney fees be extended from July 11, 2024 to August 12, 2024. Defendant respectfully requests this extension because additional time is needed to consider Plaintiff's motion to determine whether additional briefing is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: July 5, 2024 | */s/ Jesse S. Kaplan*  * <br> JESSE S. KAPLAN <br> Attorney for Plaintiff <br> (* approved via email on 7/5/24) |
|  | PHILLIP A. TALBERT <br> United States Attorney |
| DATE: July 5, 2024      By | *s/ Marcelo Illarmo* <br> MARCELO ILLARMO <br> Special Assistant United States Attorney |
|  | Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

Dated: __July 8, 2024__     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2